# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE ESPANOZA, JONATHAN MORALES, and ALEX PYGIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-01119-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Stephanie Espanoza, Jonathan Morales, and Alex Pygin, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant T-Mobile USA, Inc. ("Defendant"), together ("the Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days to October 13, 2021.

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile, Inc., Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The plaintiffs in a related case filed the transfer motion, and this case has been noticed to the JPML based on its similar nature. *Id.* The Parties agree to this extension in order to conserve judicial

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01119-BJR) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00855-BCW   Document 23   Filed 09/10/21   Page 1 of 4

resources and the resources of the Parties in addressing multiple related class actions.

Dated: September 9, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*


By: /s/ *Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
**TERRELL MARSHALL LAW GROUP PLLC**
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
E-Mail: bterrell@terrellmarshall.com

David K. Lietz
Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
E-Mail: gmason@masonllp.com
dlietz@masonllp.com

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01119-BJR) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
E-Mail: gklinger@masonllp.com

Kaitlyn T Holzer
Nikoletta S. Mendrinos
William H. Murphy, III
**MURPHY & FALCON PA**
1 South St., 30th Floor
Baltimore, MD 21202
410-539-6500
Fax: 410-539-6599
Email: kaitlyn.holzer@murphyfalcon.com

Michael Anderson Berry
**ARNOLD LAW FIRM**
865 Howe Ave.
Sacramento, CA 95825
916-239-4778
Fax: 916-924-1829
Email: aberry@justice4you.com

*Attorneys for Plaintiffs, Individually and on Behalf of all Others Similarly Situated*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01119-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00855-BCW    Document 23    Filed 09/10/21    Page 3 of 4

# ORDER

IT IS SO ORDERED.

Dated this 10th day of September, 2021.

                                             s/Barbara J. Rothstein
                                             Barbara J. Rothstein
                                             U.S. District Court Judge

Presented by:

s/ Steve Y. Koh
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01119-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000